UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL COMPANY, as Trustee for DSLA Mortgage Loan Trust 2004-AR3,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA KEETH; DONALD V. KEETH; DOES 1 to 100, inclusive,<br><br>Defendants. | No.  2:14-cv-1696-GEB-EFB PS<br><br><br><br>ORDER |

On July 22, 2014, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed July 22, 2014, are ADOPTED;

2. The above-captioned case is REMANDED to the Superior Court of the State of California in and for the County of Sacramento; and

/////

3. The Clerk is directed to close the case.

Dated: August 19, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge

2